# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

David L Lynn,

Plaintiff(s),

v.

Blitt and Gaines P.C., et al.,

Defendant(s).

Case No. 19 C 4294
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: : Judgment is entered in favor of Defendants Blitt and Gaines P.C. and David E. Gordon, and against Plaintiff David L Lynn. This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman.

Date: 12/9/2019                    Thomas G. Bruton, Clerk of Court

                                    /s/ Jackie Deanes , Deputy Clerk